No. 84–944. HEIMBACH, COUNTY EXECUTIVE OF ORANGE COUNTY *v.* CHU, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–950. MYERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–988. CITY OF NEW YORK MUNICIPAL BROADCASTING SYSTEM (WNYC) *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–1058. OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* BOWMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1139. BRENNAN ET AL. *v.* HOBSON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–1204. MIMS *v.* INTERNAL REVENUE SERVICE. C. A. 4th Cir. Certiorari denied.

No. 84–1217. STERLING DRUG INC. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 84–1219. KLIMEK *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 84–1221. ROLLFORM INC. ET AL. *v.* WEINAR ET AL. C. A. Fed. Cir. Certiorari denied.

No. 84–1226. BADHAM ET AL. *v.* SECRETARY OF STATE OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1228. HOLMES ET AL. *v.* ROSS, INDEPENDENT EXECUTOR OF THE ESTATE OF ROSS. Ct. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 84–1246. DAHLBERG *v.* BECKER ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1251. OHIO *v.* LUCK. Sup. Ct. Ohio. Certiorari denied.